# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DELORES CHAPMAN, on behalf of herself and all others similarly situated,<br><br>              Plaintiff(s),<br><br>v.<br><br>LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PRODUCTIONS LLC d/b/a and a/k/a MVP EVENT STAFFING; DOES 1 through 50, inclusive,<br><br>              Defendant(s). | 2:23-cv-00278-APG-VCF<br><br>**ORDER** |

Before the court is plaintiff's motion for leave to file amended complaint (ECF No. 18).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

No opposition has been filed. Here, it seems as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to file amended complaint (ECF No. 18), is GRANTED.

Plaintiff must file the first amended class action complaint on or before July 19, 2023.

DATED this 11th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE