**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
jeffrey.winchester@lewisbrisbois.com

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (*pro hac vice* forthcoming)
Antonia M. Moran (*pro hac vice* forthcoming)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
michael.puma@morganlewis.com
toni.moran@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (*pro hac vice* forthcoming)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
sarah.zenewicz@morganlewis.com

*Attorneys for the Aramark Entities and Mandalay Bay, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs. | Case No. 2:23-cv-00278-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br>**(First Request)** |

|  |
|---|
| LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PRODUCTIONS LLC d/b/a and a/k/a MVP EVENT STAFFING; MANDALAY BAY, LLC; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS, LLC; ARAMARK SERVICES, INC.; GREG FIELDING; DOES 1 through 50, inclusive, <br><br>                    Defendants. |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants Aramark Sports and Entertainment Group, LLC, Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC, and Aramark Services, Inc. (collectively, the "Aramark Entities") and Mandalay Bay, LLC will have up to and including November 16, 2023 to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint (ECF No. 22) ("Amended Complaint"), which is currently due October 17, 2023. The parties agree that Aramark Entities and Mandalay Bay, LLC are not contesting service. In support of this request, the Aramark Entities and Mandalay Bay, LLC state that good cause exists for this extension because the additional time will permit the Aramark Entities and Mandalay Bay, LLC to appropriately investigate

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

and prepare a response to Plaintiff's Amended Complaint. This is the Aramark Entities and Mandalay Bay, LLC's first request to extend the time to respond to Plaintiff's First Amended Complaint.

By: /s/ *Kaine M. Messer*

**Gabroy | Messer**
Kaine M. Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway Suite 280
Las Vegas, Nevada 89169
Tel: (702) 259-7777
Fax: (702) 259-7704
kmesser@gabroy.com

*Counsel for Plaintiff*

By: /s/ *Jeffrey D. Winchester*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester
Nevada Bar No. 10279
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
jeffrey.winchester@lewisbrisbois.com

*Counsel for the Aramark Entities and Mandalay Bay, LLC*


IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate

Dated: 10-19-2023

3