1  Dora V. Lane
   Nevada Bar No. 8424
2  Steven J.T. Washington
   Nevada Bar No. 14298
3  **HOLLAND & HART LLP**
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   DLane@hollandhart.com
6  SJWashington@hollandhart.com

7  *Attorneys for Defendant*
   *Las Vegas Basketball L.P. d/b/a*
8  *and a/k/a Las Vegas Aces*
   *(erroneously sued as LAS VEGAS ACES*
9  *d/b/a and a/k/a*
   *LAS VEGAS BASKETBALL L.P.)*

10

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13  DELORES CHAPMAN, on behalf of herself and        Case No.  2:23-cv-00278-APG-VCF
    all others similarly situated;
14
                          Plaintiff,                  **STIPULATION AND PROPOSED**
15                                                    **ORDER STAY OF DISCOVERY**
    v.                                                **PENDING RESOLUTION OF**
16                                                    **ARAMARK ENTITIES AND**
    LAS VEGAS ACES d/b/a and a/k/a LAS               **MANDALAY BAY, LLC DEFENDANTS'**
17  VEGAS BASKETBALL L.P.; MVP EVENT                 **MOTION TO DISMISS (ECF NO. 47)**
    PRODUCTIONS LLC d/b/a and a/k/a MVP
18  EVENT STAFFING; MANDALAY BAY,                            **(FIRST REQUEST)**
    LLC; ARAMARK SPORTS AND
19  ENTERTAINMENT GROUP, LLC;
    ARAMARK SPORTS AND
20  ENTERTAINMENT SERVICES, LLC;
    ARAMARK SPORTS, LLC; ARAMARK
21  SERVICES, INC.; GREG FIELDING; DOES
    1 through 50, inclusive,
22
                          Defendants.
23

24

25         Plaintiff, DELORES CHAPMAN ("Plaintiff" or "Chapman") Defendant, LAS VEGAS

26  BASKETBALL L.P. d/b/a and a/k/a LAS VEGAS ACES ("Las Vegas Aces") (*erroneously sued*

27  *as Las Vegas Aces d/b/a and a/k/a Las Vegas Basketball L.P.*), and Defendants Aramark Entities

28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

                                    1

and Mandalay Bay, LLC ("Aramark & Mandalay Parties") collectively (the "Parties") by and through their respective undersigned counsel, do hereby stipulate as follows:

1.      Plaintiffs filed her Class Action Complaint in Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-22-861578-C on November 21, 2022, 2023. *See* ECF No. 1.

2.      Las Vegas Aces were served with the Complaint on January 25, 2023.

3.      Las Vegas Aces filed their Notice of Removal on February 22, 2023. *See* ECF No. 1.

4.      On March 1, 2023, Las Vegas Aces filed their Answer to Plaintiff's Class Action Complaint. *See* ECF No. [ECF No. 7].

5.      On March 23, 2023, a Default was entered by the Clerk of the Court against MVP Event Productions LLC dba and aka MVP Event Staffing.

6.      In accordance with Rule 26(f) and LR 26-1(a), the Las Vegas Aces and Chapman met and conferred on March 24, 2023.

7.      On April 7, 2023, a Discovery Plan and Scheduling Order was entered by the Court.

8.      On June 22, 2023, Plaintiff filed a Motion for Leave to Amend her Class Action Complaint, which named new defendants to the action.

9.      On Monday, July 3, 2023, Las Vegas Aces and Chapman met and conferred, and agreed that a short extension to the dates and deadlines in the Scheduling Order would permit the parties to fully and properly complete percipient witness and party discovery, expert investigation, expert analysis, and expert discovery.

10.     On July 11, 2023, the Court granted Plaintiff's Motion for Leave to File Amended Complaint. (ECF No. 21).

11.     On July 19, 2022, Plaintiff filed an Amended Complaint adding eight new defendants. (ECF No. 22).

12.     Defendant, Las Vegas Basketball L.P. filed their answer to the First Amended Complaint on August 1, 2023. (ECF No. 33).

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

13.     Aramark Entities and Mandalay Bay, LLC filed a Motion to Dismiss or Strike Plaintiff's First Amended Complaint on November 15, 2023. *See* ECF No. 47.

14.     Aramark Entities and Mandalay Bay, LLC's Motion to Dismiss seeks dismissal of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted as to all claims asserted in the Complaint.  *See generally* ECF No. 47.

15.     Given the pending Motion to Dismiss, the Parties have met and conferred regarding discovery and have agreed to a temporary stay of discovery and compliance with Local Rule 26-1 and Fed. R. Civ. P. 26(f). Specifically, the Parties agree to temporarily stay discovery in this matter at least until the Court adjudicates Aramark Entities and Mandalay Bay, LLC's Motion to Dismiss.

16.     The Parties believe that good cause exists to warrant a temporary stay of discovery. Courts have broad discretionary power to control discovery. *See, e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive in scope and effect; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

17.     Notwithstanding the foregoing stipulated stay of discovery, Plaintiff and Las Vegas Aces and Chapman have served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on April 7, 2023, Las Vegas Aces have served supplemental disclosures on May 26, 2023 and July 21, 2023.

18.     The Parties further agree that in the event the Court denies Defendants' Motion to Dismiss in any part, the Parties agree to meet and confer in good faith regarding a proposed discovery scheduling order upon Plaintiff's remaining claims and reserve all rights.

/ / /

/ / /

/ / /

/ / /

3

19. Accordingly, the parties respectfully request that the Court grant this Stipulation to stay discovery in this matter pending the Court's adjudication of Aramark Entities and Mandalay Bay, LLC's Motion to Dismiss.

DATED this 28th day of November 2023.                    DATED this 28th day of November 2023.

**HOLLAND & HART LLP**                                              **GABROY | MESSER**


/s/ Steven J.T. Washington                                   /s/ Christian Gabroy
Dora V. Lane (NV Bar No. 8424)                       Christian Gabroy (NV Bar No. 8805)
Steven J.T. Washington (NV No. 14298)          Kaine Messer (NV Bar No. 14240)
9555 Hillwood Drive, 2nd Floor                        170 South Green Valley Parkway, Ste. 280
Las Vegas, NV 89134                                          Henderson, NV 89012

*Attorneys for Defendant*                                    *Attorneys for Plaintiff*
*Las Vegas Basketball L.P. d/b/a and a/k/a*
*Las Vegas Aces (erroneously sued as LAS*
*VEGAS ACES d/b/a and a/k/a  LAS VEGAS*
*BASKETBALL L.P.)*

DATED this 28th day of November 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


/s/ Jeffrey D. Winchester
Jeffrey D. Winchester (NV Bar No. 10279)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (*pro hac vice* forthcoming)
Antonia M. Moran (*pro hac vice* pending)
2222 Market Street
Philadelphia, PA 19103

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (*pro hac vice* pending)
One Market, Spear Street Tower
San Francisco, CA 94105

*Attorneys for Aramark Entities and*
*Mandalay Bay, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
                    November 29, 2023
DATED:_____

4