1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Puma (*pro hac vice*)
2  Antonia M. Moran (*pro hac vice*)
   2222 Market Street
3  Philadelphia, PA 19103
   Tel:    +1.215.963.5000
4  Fax:    +1.215.963.5001
   michael.puma@morganlewis.com
5  toni.moran@morganlewis.com

6  Sarah Zenewicz (*pro hac vice*)
   One Market, Spear Street Tower
7  San Francisco, CA 94105
   Tel:    +1.415.442.1000
8  Fax:    +1.415.442.1001
   sarah.zenewicz@morganlewis.com

9
   Attorneys for Defendants
10 Aramark Sports and Entertainment Group, LLC,
   Aramark Sports and Entertainment Services, LLC,
11 Aramark Sports, LLC, Aramark Services, Inc., and
   Mandalay Bay, LLC
12
   *Additional counsel on the following page*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PRODUCTIONS LLC d/b/a and a/k/a MVP EVENT STAFFING; MANDALAY BAY, LLC; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS, LLC; ARAMARK SERVICES, INC.; GREG FIELDING; DOES 1 through 50, inclusive<br>                Defendants. | Case No. 2:23-cv-00278-APG-MDC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPONSE TO SECOND AMENDED COMPLAINT AND CONTINUE STAY**<br><br>**(FIRST REQUEST)**<br><br>Action Filed: February 22, 2023 |

Dora V. Lane
Nevada Bar No. 8424
Steven J.T. Washington
Nevada Bar No. 14298
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
DLane@hollandhart.com
SJWashington@hollandhart.com

Attorneys for Defendant
Las Vegas Basketball L.P. d/b/a
and a/k/a Las Vegas Aces
 (erroneously sued as LAS VEGAS ACES
d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.)

GABROY | MESSER
Christian Gabroy, NV Bar No. 8805
Kaine Messer, NV Bar No. 14240
170 South Green Valley Parkway, Ste. 280
Henderson, NV 89012
Tel:    +1.702.259.7000
Fax:    +1.702.259.7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff
DELORES CHAPMAN, on behalf of
herself and all others similarly situated

This Joint Stipulation is entered into by and between Plaintiff Delores Chapman ("Plaintiff") and Defendants Las Vegas Basketball L.P. d/b/a and a/k/a Las Vegas Aces ("Las Vegas Aces") (*erroneously sued as Las Vegas Aces d/b/a and a/k/a Las Vegas Basketball L.P.*), Aramark Sports and Entertainment Group, LLC, Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC, Aramark Services, Inc. and Mandalay Bay, LLC ("Aramark Defendants and Mandalay Bay" and collectively with the Las Vegas Aces, the "Defendants") by and through their respective counsel of record based upon the following facts establishing good cause:

WHEREAS, on August 14, 2024, the Court granted the Aramark Defendants and Mandalay Bay's Motion to Dismiss or Strike Plaintiff's First Amended Complaint (ECF No. 68) in its entirety and granted Plaintiff leave to file a Second Amended Complaint ("SAC") by September 10, 2024;

WHEREAS, on September 10, 2024, Plaintiff filed the SAC (ECF No. 70) reasserting the same claims against all Defendants;

WHEREAS, the Aramark Defendants and Mandalay Bay intend to file a Motion to Dismiss and/or Strike and the Las Vegas Aces intend to file a Motion for Judgment on the Pleadings in response to the SAC;

WHEREAS, Defendants' deadline to respond to the SAC is currently September 24, 2024 (Fed. R. Civ. P. 15(a)(3));

WHEREAS, the Parties are meeting and conferring on a potential global resolution of this action;

WHEREAS, in light of those ongoing discussions, and in the interest of judicial economy and efficiency, the Parties have mutually agreed to extend Defendants' response deadline by 30 days to October 24, 2024 and continue the stay of this action (ECF No. 58);

WHEREAS, this is the first request to extend the time for Defendants to respond to Plaintiff's SAC.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

1. The stay entered on November 29, 2023, remains in place;
2. Defendants shall have until October 24, 2024, to file a response to the SAC.


DATED this 18th day of September 2024

**HOLLAND & HART LLP**

/s/ Steven J.T. Washington
Dora V. Lane (NV Bar No. 8424)
Steven J.T. Washington (NV No. 14298)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Attorneys for Defendant
Las Vegas Basketball L.P. d/b/a and a/k/a
Las Vegas Aces (erroneously sued as LAS
VEGAS ACES d/b/a and a/k/a LAS VEGAS
BASKETBALL L.P.)

DATED this 18th day of September 2024

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Sarah Zenewicz

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (*pro hac vice* forthcoming)
Antonia M. Moran (*pro hac vice* pending)
2222 Market Street
Philadelphia, PA 19103

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (*pro hac vice* pending)
One Market, Spear Street Tower
San Francisco, CA 94105

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester (NV Bar No. 10279)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

Attorneys for Aramark Entities and
Mandalay Bay, LLC

DATED this 18th day of September 2024

**GABROY | MESSER**

/s/ Kaine Messer
Christian Gabroy (NV Bar No. 8805)
Kaine Messer (NV Bar No. 14240)
170 South Green Valley Parkway, Ste. 280
Henderson, NV 89012

Attorneys for Plaintiff

**ORDER**

If all defendants file an answer to the SAC, the parties shall submit an amended stipulated discovery plan and scheduling order by November 14, 2024. If any defendant files a motion to dismiss in response to the SAC, the parties shall submit an amended stipulated discovery plan and scheduling order within 21 days of the entry of an order which denies, in part or in whole, such motion to dismiss.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 9/19/24

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE ARAMARK DEFENDANTS AND
MANDALAY BAY'S RESPONSIVE DEADLINE TO SECOND AMENDED COMPLAINT