MORGAN, LEWIS & BOCKIUS LLP
Michael J. Puma (*pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Tel:      +1.215.963.5000
Fax:     +1.215.963.5001
michael.puma@morganlewis.com

Sarah Zenewicz (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:      +1.415.442.1000
Fax:     +1.415.442.1001
sarah.zenewicz@morganlewis.com

Attorneys for Defendants
ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS, LLC; ARAMARK SERVICES, INC.; and MANDALAY BAY, LLC

*Additional counsel on the following page*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, an individual, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PRODUCTIONS LLC d/b/a and a/k/a MVP EVENT STAFFING; MANDALAY BAY, LLC; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS, LLC; ARAMARK SERVICES, INC.; GREG FIELDING; DOES 1 through 50, inclusive <br><br> Defendants. | Case No. 2:23-cv-00278-APG-MDC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND CONTINUE STAY** <br><br> **(SECOND REQUEST)** <br><br> Action Filed: February 22, 2023 |

Dora V. Lane
Nevada Bar No. 8424
Steven J.T. Washington
Nevada Bar No. 14298
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
DLane@hollandhart.com
SJWashington@hollandhart.com

Attorneys for Defendant
Las Vegas Basketball L.P. d/b/a
and a/k/a Las Vegas Aces
(erroneously sued as LAS VEGAS ACES
d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.)

GABROY | MESSER
Christian Gabroy, NV Bar No. 8805
Kaine Messer, NV Bar No. 14240
170 South Green Valley Parkway, Ste. 280
Henderson, NV 89012
Tel:    +1.702.259.7000
Fax:    +1.702.259.7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff
DELORES CHAPMAN, on behalf of
herself and all others similarly situated

This Joint Stipulation is entered into by and between Plaintiff Delores Chapman ("Plaintiff") and Defendants Las Vegas Basketball L.P. d/b/a and a/k/a Las Vegas Aces ("Las Vegas Aces") (*erroneously sued as Las Vegas Aces d/b/a and a/k/a Las Vegas Basketball L.P.*), Aramark Sports and Entertainment Group, LLC, Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC, Aramark Services, Inc. and Mandalay Bay, LLC ("Aramark Defendants and Mandalay Bay" and collectively with the Las Vegas Aces, the "Defendants") by and through their respective counsel of record based upon the following facts establishing good cause:

WHEREAS, on August 14, 2024, the Court granted the Aramark Defendants and Mandalay Bay's Motion to Dismiss or Strike Plaintiff's First Amended Complaint (ECF No. 68) in its entirety and granted Plaintiff leave to file a Second Amended Complaint ("SAC") by September 10, 2024;

WHEREAS, on September 10, 2024, Plaintiff filed the SAC (ECF No. 70) reasserting the same claims against all Defendants;

WHEREAS, the Aramark Defendants and Mandalay Bay intend to file a Motion to Dismiss and/or Strike and the Las Vegas Aces intend to file a Motion for Judgment on the Pleadings in response to the SAC;

WHEREAS, this Court previously granted a stipulated extension of Defendants' deadline to respond to the SAC while they met and conferred on a potential global resolution of this action (ECF No. 72);

WHEREAS, Defendants' deadline to respond to the SAC is currently October 24, 2024 (Fed. R. Civ. P. 15(a)(3));

WHEREAS, the Parties are continuing to meet and confer on a potential global resolution of this action;

WHEREAS, in light of those ongoing discussions, and in the interest of judicial economy and efficiency, the Parties have mutually agreed to extend Defendants' response deadline to November 25, 2024, and continue the stay of this action (ECF No. 58);

WHEREAS, this is the second request to extend the time for Defendants to respond to Plaintiff's SAC;

/ / /

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

1. The stay entered on November 29, 2023, remains in place;
2. Defendants shall have until November 25, 2024, to file a response to the SAC.

DATED this 22nd day of October 2024

**HOLLAND & HART LLP**

/s/ Steven J.T. Washington
Dora V. Lane (NV Bar No. 8424)
Steven J.T. Washington (NV No. 14298)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant Las Vegas Basketball L.P. d/b/a and a/k/a Las Vegas Aces (erroneously sued as LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.)*

DATED this 22nd day of September 2024

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Sarah Zenewicz

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (*pro hac vice* forthcoming)
2222 Market Street
Philadelphia, PA 19103

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (*pro hac vice* pending)
One Market, Spear Street Tower
San Francisco, CA 94105

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester (NV Bar No. 10279)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

*Attorneys for Aramark Entities and Mandalay Bay, LLC*

DATED this 22nd day of October 2024

**GABROY | MESSER**

/s/ Christian Gabroy
Christian Gabroy (NV Bar No. 8805)
Kaine Messer (NV Bar No. 14240)
170 South Green Valley Parkway, Ste. 280
Henderson, NV 89012

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 10/28/2024