JEFFREY D. WINCHESTER (Nevada Bar No.10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, on behalf of herself and all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PROUCTIONS LLC d/b/a/ and a/k/a MVP EVENT STAFFING MANDALAY BAY LLC; ARAMARK SPORTS AND ENTERTIAMENT GROUP, LLC ARAMARK SPORTS AND ENTERTIAMENT SERVICES, LLC; ARAMARK SPORTS LLC; ARAMARK SERVICES INC.; GREG FIELDING; DOES I through 50, inclusive; <br><br> Defendant. | Case No. 2:23-cv-00278-APG-MDC <br><br> **MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** |

Attorney, Jeffrey D. Winchester, Esq., requests to be removed from the caption and service list as list of counsel to be noticed in the above-entitled matter.

/ / /

/ / /

1

Jeffrey D. Winchester, Esq. is no longer with the firm LEWIS BRISBOIS LLC and is no longer counsel for Mandalay Bay, LLC, Aramark Sports and Entertainment Group, LLC, Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC, and Aramark Services, Inc., in this matter.

Given the remaining attorneys at that represent the defendants, Mandalay Bay, LLC, Aramark Sports and Entertainment Group, LLC, Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC, and Aramark Services, Inc., no party will be prejudiced by this counsel's withdrawal.

DATED this 6th day of February, 2025

O'HAGAN MEYER PLLC

By  /s/ Jeffrey Winchester
Jeffrey Winchester
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/7/2025

2