# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DELORES CHAPMAN,

    Plaintiff

v.

LAS VEGAS ACES, et al.,

    Defendants

Case No.: 2:23-cv-00278-APG-MDC

**Order**

On November 25, 2024, the parties advised that they had settled this matter and requested 60 days to file dismissal paperwork. ECF No. 75. More than 60 days have passed, but the parties have not filed a stipulation to dismiss.

I THEREFORE ORDER that by March 20, 2025, the parties shall file a stipulation to dismiss or a status report regarding settlement.

DATED this 4th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE