UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, | Case No.: 2:23-cv-00278-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| LAS VEGAS ACES, et al., | |
| Defendants | |

On March 19, 2025, the parties filed a joint status report in which they requested an additional 30 days to file a stipulation of dismissal. ECF No. 85. More than 30 days have passed, but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by May 14, 2025, the parties shall file a stipulation to dismiss or a status report regarding settlement. Failure to comply with this order may result in dismissal of claims or defenses and other sanctions.

DATED this 30th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE