# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DELORES CHAPMAN,

    Plaintiff

v.

LAS VEGAS ACES, et al.,

    Defendants

Case No.: 2:23-cv-00278-APG-MDC

**Order**

On May 14, 2025, the parties filed a joint status report in which they requested an additional 30 days to file a stipulation of dismissal. ECF No. 87. More than 30 days have passed, but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by July 31, 2025, the parties shall file a stipulation to dismiss or a status report regarding settlement. Failure to comply with this order may result in dismissal of claims or defenses and other sanctions.

DATED this 17th day of July, 2025.

                              ANDREW P. GORDON
                              CHIEF UNITED STATES DISTRICT JUDGE