Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Delores Chapman*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, on behalf of herself and all others similarly situated; | Case No.: 2:23-cv-00278-APG-MDC |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.; MVP EVENT PRODUCTIONS LLC d/b/a and a/k/a MVP EVENT STAFFING; MANDALAY BAY, LLC; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS, LLC; ARAMARK SERVICES, INC.; GREG FIELDING; DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff, DELORES CHAPMAN ("Plaintiff"), Defendant, LAS VEGAS BASKETBALL L.P. d/b/a and a/k/a LAS VEGAS ACES ("Las Vegas Aces") (*erroneously sued as Las Vegas Aces d/b/a and a/k/a Las Vegas Basketball L.P.*) and Defendants Aramark Services, Inc., Aramark Sports and Entertainment Services, LLC, Aramark Sports, LLC (collectively the "Aramark Parties"), and Mandalay Bay,

LLC ("Mandalay"), stipulate to the dismissal of this action in its entirety with prejudice. Each party is to bear their own costs, expenses, and attorneys' fees. This dismissal is without prejudice to the claims of any absent members of the putative classes alleged in the complaint.

**IT IS SO STIPULATED**.

DATED this 25th day of July 2025.

| HOLLAND & HART LLP | GABROY | MESSER |
|---|---|
| /s/ Steven J.T. Washington | /s/ Christian Gabroy |
| Gregory S. Gilbert (NV Bar No. 6310)<br>Steven J.T. Washington (NV No. 14298)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Christian Gabroy (NV Bar No. 8805)<br>Kaine Messer (NV Bar No. 14240)<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012 |
| *Attorneys for Defendant Las Vegas Basketball L.P. d/b/a and a/k/a Las Vegas Aces (erroneously sued as LAS VEGAS ACES d/b/a and a/k/a LAS VEGAS BASKETBALL L.P.)* | *Attorneys for Plaintiff* |

MORGAN, LEWIS & BOCKIUS LLP

/s/ Sarah Zenewicz
Sarah Zenewicz (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105

*Attorneys for Aramark Entities and Mandalay Bay, LLC*

IT IS SO ORDERED:

Dated: July 28, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE