UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELORES CHAPMAN, | Case No.: 2:23-cv-00278-APG-MDC |
| Plaintiff | **Order for Status Report** |
| v. | |
| LAS VEGAS BASKETBALL L.P., et al., | |
| Defendants | |

Plaintiff Delores Chapman has resolved her claims with all defendants except defendants MVP Event Productions LLC and Greg Fielding, both of which have had default entered against them. ECF Nos. 55, 56. It is unclear whether the recent stipulation that agreed to "the dismissal of this action in its entirety with prejudice" was meant to include Chapman's claims against MVP and Fielding. ECF No. 91 at 1-2.

I THEREFORE ORDER that by August 13, 2025, plaintiff Delores Chapman must either move for default judgment or voluntarily dismiss her claims against defendants MPV Event Productions LLC and Greg Fielding. If Chapman does not take either of these actions by that date, I will dismiss her claims against these defendants without prejudice and without further notice.

DATED this 30th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE